**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- X
YANKOV PREIS, pleading on his own behalf and        :
on behalf of all other similarly situated consumers  :
                                                     :       Case No. 21-cv-613
                        Plaintiff,                   :
                                                     :
        vs.                                          :
                                                     :
FIRSTSOURCE ADVANTAGE, LLC,                          :
                                                     :
                        Defendant.                   :
                                                     :
---------------------------------------------------------------- X

**<u>NOTICE OF REMOVAL OF DEFENDANT FIRSTSOURCE ADVANTAGE, LLC</u>**

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Firstsource Advantage, LLC ("Firstsource") hereby removes the action entitled <u>Yankov Preis v. Firstsource Advantage, LLC</u>, Index No. 036058/2020, pending in the Supreme Court of the State of New York for the County of Rockland (the "Action"), to the United States District Court for the Southern District of New York, on the following grounds:

1.  <u>Removal Is Timely</u>.  The Complaint in the Action was served on Firstsource on December 23, 2020.  Firstsource has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by, and service on, Firstsource of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

2.  <u>This Court Has Federal Question Jurisdiction Over the Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Firstsource pursuant to the provisions of 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law."  <u>Bright v. Bechtel Petroleum, Inc.</u>, 780 F.2d 766, 769 (1986) (citing <u>Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust</u>, 463 U.S. 1, 9 (1983)).  Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial

question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 808 (1988) (quoting Franchise Tax Bd., 463 U.S. at 13, 27-28) (internal quotation marks and citations omitted). Here, Plaintiff's claims are predicated upon an alleged violation of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), a claim that is created by, and arises under, federal law. Therefore, this Court has removal jurisdiction over this Action under 28 U.S.C. § 1331 because Plaintiff's FDCPA claim arises under the laws of the United States.

     3.     Consent Is Not Necessary Because No Other Defendant Has Been Named. Firstsource is the only named defendant in this Action. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(a) & (b).

     4.     Venue Is Proper In This Court. This Court is the proper district court for removal because the Supreme Court of the State of New York for the County of Rockland is located within the United States District Court for the Southern District of New York. See 28 U.S.C. § 1441(a).

     5.     Notice Will Be Effected. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal shall be given to adverse parties and a duplicate copy of this Notice of Removal, without exhibits, shall be filed in the Action.

Dated:  January 22, 2021

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By: _s/ Brian C. Frontino_
Brian C. Frontino
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
Email:  bfrontino@stroock.com;
lacalendar@stroock.com

Attorneys for Defendant
*Firstsource Advantage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT FIRSTSOURCE ADVANTAGE, LLC** was electronically filed with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by e-mail to counsel for all parties. Moreover, notice of this filing will be mailed to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*s/ Brian C. Frontino*
Brian C. Frontino

LA 52528389