**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YANKOV PREIS, individually and on behalf of
all others similarly situated,

                     Plaintiff,

    -against-                                    21 **CIVIL** 613 (VB)

                                                    **<u>JUDGMENT</u>**

FIRSTSOURCE ADVANTAGE, LLC,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 28, 2021, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

       June 29, 2021

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

**BY:**

                                                      **Deputy Clerk**